1 | Mark P. Robinson, Jr., SBN 054426
2 | Carlos A. Prietto, III, SBN 166410
  | Ted B. Wacker, SBN 157416
3 | ROBINSON, CALCAGNIE & ROBINSON
  | 620 Newport Center Drive, 7th Floor
4 | Newport Beach, CA 92660
  | 949-720-1288
5 | 949-720-1292 Fax

6 | Attorneys for Plaintiffs,
  | Michael Christensen and Maria Eaton

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. M 05-CV-1699-CRB <br> MDL No. 1699 <br> JUDGE BREYER |
| This document relates to: <br><br> MICHAEL CHRISTENSEN and MARIA EATON <br><br> Individual Case No. C05-5443 CRB | STIPULATION AND ORDER OF DISMISSAL ONLY AS TO CASE NUMBER 05-6304 SJO, ORIGINALLY FILED IN THE CENTRAL DISTRICT OF CALIFORNIA |

**IT IS HEREBY STIPULATED AND AGREED** by and between counsel for Plaintiffs and counsel for Defendants that the Complaint of Plaintiffs, Michael Christensen and Maria Eaton, originally filed in the Central District of California, Case Number C 05-6304 SJO, and later transferred to the MDL No. 1699, *In Re: Bextra and Celebrex, Marketing, Sales Practices and Products Liability Litigation*, with the assigned individual case number C 05-5443 CRB, may be and is hereby dismissed without prejudice.

1  The parties hereby stipulate that should Plaintiffs ever re-file Plaintiffs' claim,
2  Plaintiffs will only re-file in Federal Court.
3  The parties shall each bear their own costs.

Dated: November 10, 2006          ROBINSON, CALCAGNIE & ROBINSON

                                  _____
                                  Mark P. Robinson, Jr., SBN054426
                                  mrobinson@rcrlaw.net
                                  Carlos A. Prietto, III, SBN 166410
                                  cprietto@rcrlaw.net
                                  Ted B. Wacker, SBN 157416
                                  twacker@rcrlaw.net
                                  620 Newport Center Drive, 7th Floor
                                  Newport Beach, CA 92660
                                  Telephone: (949) 720-1288
                                  Fax: (949) 720-1292

                                  -AND-

                                  Samuel M. Wendt, MO #53573
                                  David Peterson, MO #32229
                                  PETERSON & ASSOCIATES, P.C.
                                  801 West 47th Street, Suite 107
                                  Kansas City, MO 64112-1253
                                  Telephone: (816) 531-4440
                                  Fax: (816) 531-0660

                                  *Counsel for Plaintiffs*
                                  Michael Christensen and Maria Eaton


Dated: November 15, 2006          GORDON & REES

                                  _____
                                  Stuart M. Gordon, Esq.
                                  sgordon@gordonrees.com
                                  Embarcadero Center West
                                  275 Battery Street, 20th Floor
                                  San Francisco, CA 94111
                                  Telephone: (415) 986-5900
                                  Fax: (415) 986-8054

                                  *Defendants' Liaison Counsel*

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

2

3  Dated: November 20, 2006

   HONORABLE CHARLES R. BREYER

